TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00122-CV

American Business Computers, Inc. d/b/a Austin Computer, Appellant

v.

Dragon Systems, Inc., Appellee 

FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY, 

NO. 237,339, HONORABLE ORLINDA L. NARANJO, JUDGE PRESIDING 

PER CURIAM

 Appellant American Business Computers, Inc. d/b/a Austin Computer moves this
Court to dismiss its appeal. We grant the motion and dismiss the appeal. See Tex. R. App. P.
42.1(a)(2).

Before Justices Powers, Kidd and B. A. Smith

Dismissed on Appellant's Motion

Filed: July 16, 1998

Do Not Publish